**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

STANLEY RIMER,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendants.

2:14-cv-889-RFB-CWH

**ORDER**

### I. DISCUSSION

On July 21, 2014, this Court issued a screening order in this case and stayed the case for 90 days to give the parties an opportunity to settle their dispute with a court-appointed mediator. (ECF No. 9, 12). The inmate early mediation conference is scheduled for November 21, 2014. (ECF No. 12). Defendants request an extension of time to file their 90-day status report until after the mediation conference. (ECF No. 14). The Court grants the motion for an extension of time. Defendants shall file their status report on or before December 5, 2014.

### II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 14) is granted. Defendants shall file their status report on or before December 5, 2014.

DATED: This 20th day of October, 2014.

_____
United States Magistrate Judge