1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

9  STANLEY RIMER,                                )
                                                )
10                         Plaintiff,            )          Case No. 2:14-cv-00889-RFB-CWH
                                                )
11  vs.                                         )          **ORDER**
                                                )
12  STATE OF NEVADA EX REL NEVADA               )
    DEPARTMENT IF CORRECTIONS, *et al.*          )
13                                              )
                           Defendants.          )
14  _____    )

15          Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered

16  by the Court.  No such order has been entered by the Court in the instant case.  Further failure to abide

17  by this order and Local Rule 26-8 may result in sanctions pursuant to, <u>inter alia</u>, Local Rule IA 4-1;

18  Fed. R. Civ. P. 16(f).

19          Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall **strike** Plaintiff's

20  recently filed Notice of Obstruction (doc. # 152) from the record.

21          DATED: May 18, 2015

22

23          _____
24          **C.W. Hoffman, Jr.**
            **United States Magistrate Judge**
25

26

27

28