# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

STANLEY RIMER,

           Plaintiff,

vs.

STATE OF NEVADA EX REL NEVADA DEPARTMENT IF CORRECTIONS, *et al*.

           Defendants.

Case No. 2:14-cv-00889-RFB-CWH

**ORDER**

Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court. No such order has been entered by the Court in the instant case. Further failure to abide by this order and Local Rule 26-8 may result in sanctions pursuant to, inter alia, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

Accordingly, **IT IS HEREBY ORDERED** that the Clerk of Court shall **strike** Plaintiff's recently filed Motion for Admissions (doc. # 153) and Motion for Admissions Set 2 (doc. # 164) from the record.

DATED: May 22, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**