UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STANLEY RIMER,<br><br>            Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, ex rel NEVADA DEPARTMENT OF CORRECTIONS, *et al.*,<br><br>            Defendants. | Case No. 2:14-cv-00889-RFB-CWH<br><br>**ORDER TO PRODUCE<br>STANLEY RIMER** |

TO:     DELENE FENNELL, NEVADA DEPARTMENT OF CORRECTIONS; and
TO:     ROBERT LEGRAND, WARDEN, LOVELOCK CORRECTIONAL CENTER
          LOVELOCK, NV
          UNITED STATES MARSHAL FOR THE DISTRICT OF
          NEVADA AND ANY OTHER UNITED STATES MARSHAL

     **THE COURT HEREBY FINDS** that **STANLEY RIMER, #1069241**, is presently in custody of the Nevada Department of Corrections, located at Lovelock Correctional Center, Lovelock, Nevada.

     **IT IS ORDERED** that the Warden of Lovelock Correctional Center or his designee, shall transport and produce **STANLEY RIMER, #1069241**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on or about Monday, August 31, 2015, at the hour of 2:00 p.m., to attend a hearing in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **STANLEY RIMER, #1069241**, is released and discharged by the said Court; and that **STANLEY RIMER, #1069241,** thereafter be returned to the custody of the Warden, Lovelock Correctional Center, Lovelock, NV, under safe and secure conduct

1       **DATED** this 21st day of August, 2015.

                                                                                 _____
                                                                                 **RICHARD F. BOULWARE, II**
                                                                                 **UNITED STATES DISTRICT JUDGE**