# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY RIMER, | )<br>) |
| Plaintiff, | ) Case No. 2:14-cv-00889-RFB-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| STATE OF NEVADA EX REL NEVADA DEPARTMENT IF CORRECTIONS, et al., | )<br>)<br>) |
| Defendants. | ) |

Presently before the Court is Plaintiff Stanley Rimer's Motion for Extension of Time to Respond to Defendant's Motion for Tiered Scheduling Order (ECF No. 214), filed on May 26, 2016. In his motion, Plaintiff requests an additional 30 to 45 days to respond to Defendant's motion for tiered scheduling order. Defendants do not oppose Plaintiff's request. (Notice of Non-Opp'n (ECF No. 216).) The Court therefore will extend Plaintiff's response deadline to July 25, 2016, which is 45 days from the date of this Order.

IT IS THEREFORE ORDERED that Plaintiff Stanley Rimer must file a response to Defendants' Motion for Tiered Scheduling Order (ECF No. 210) by July 25, 2016.

DATED: June 10, 2016

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**