**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STANLEY RIMER, | Case No. 2:14-cv-00889-RFB-CWH |
| Plaintiff, | |
| v. | |
| STATE OF NEVADA, et al., | **ORDER** |
| Defendants. | |

Presently before the court is Defendant's motion for tiered scheduling order (ECF No. 210), filed on May 11, 2016. Plaintiffs have not filed a response.

Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to granting of the motion." The court will therefore grant Defendant's motion.

IT IS THEREFORE ORDERED that Defendant's motion for tiered scheduling order (ECF No. 210) is GRANTED.

IT IS FURTHER ORDERED that discovery in this matter is reopened, subject to the tiered scheduling proposed by Defendant, for which the deadlines are as follows:

August 31, 2016 - deadline for the parties to exchange relevant documents.

September 15, 2016 - deadline for Plaintiff to respond to Defendants' April 2015 requests for admissions

October 17, 2016 - deadline for Plaintiff to serve Defendants with revised requests for admissions

November 17, 2016 - close of discovery

December 12, 2016 - deadline for the parties to file any discovery motions

December 28, 2016 - deadline for the parties to file dispositive motions

~~January 30, 2016~~ January 30, 2017 - deadline for the parties to submit a joint pretrial order (suspended until 30 days after the court's ruling on any dispositive motions filed by the parties)

1       IT IS FURTHER ORDERED that remaining discovery in this matter be limited to the
2   exchange of relevant documents, Defendants' April 2015 requests for admissions, and Plaintiff's
3   revised request for admissions. The latter shall be limited to thirty total requests for all remaining
4   Defendants.
5       DATED: August 16, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge